# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAMIA MATTHEW DUPRE,<br><br>Petitioner,<br><br>v.<br><br>JACK FOX, Warden,<br><br>Respondent. | Case No. LA CV 14-07236-VBF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636(b)(1), the Court has reviewed the 28 U.S.C. § 2241 habeas corpus petition and petitioner's accompanying memorandum and declaration (CM/ECF Documents ("Docs") 1-2), the respondent's response brief and accompanying declaration (Docs 8 and 8-1), petitioner's traverse (Doc 9), the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 11), and the applicable law.  Petitioner has neither filed objections to the R&R pursuant to Fed. R. Civ. P. 72(b)(2) nor moved for an extension of time in which to do so.

The Report and Recommendation is ADOPTED.  The habeas corpus petition is DENIED.

This action is dismissed with prejudice and the case is TERMINATED.

DATED:  July 2, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge