# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAMIA MATTHEW DUPRE, | Case No. LA CV 14-07236-VBF (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| JACK FOX, Warden, | |
| Respondent. | |

Pursuant to the contemporaneously issued Order Accepting Findings and Recommendations of U.S. Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner Jeramia Matthew Dupre.

DATED:  July 2, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge